IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID E. ARAMBULA,**  )<br>  )<br>Petitioner,  )<br>  )<br>vs.  )<br>  )<br>  )<br>**ADLER, et al.,**  )<br>  )<br>Respondent.  )<br>  )<br>_____ ) | 1:07-CV-1859-AWI WMW<br><br>**ORDER DENYING MOTION FOR DECISION**<br><br>[Doc. 5] |

  Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On February 19, 2008, Petitioner filed a motion requesting an immediate decision in his case. The court understands Petitioner's need and desire to have his case heard quickly as he believes that relief is warranted. However, the court has pending before it at any given time hundreds of habeas cases wherein each prisoner alleges that relief is warranted. Case management at the court proceeds by the order cases are received. Due to the high volume of such cases and the court's diligent handling of each case, a court decision often takes time. Petitioner can rest assured that the court acts to

1 | resolve all pending cases in the most efficient manner possible.  Accordingly, Petitioner's
2 | case will be heard in due course.
3 |       Based on the above, Petitioner's motion is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   February 27, 2008**                    /s/  William M. Wunderlich
                                                  UNITED STATES MAGISTRATE JUDGE